IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01184-WJM-KLM

JAMIE YORTON,

    Plaintiff,

v.

DENNIS OLSON, M.D., and
RAJESH SHARMA, M.D.,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' joint request for a Settlement Conference.

    IT IS HEREBY **ORDERED** that a Settlement Conference is set for **January 25, 2012**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED**  that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved.[1]  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet  all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

    **IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached, and Settlement Conference Instructions, a revised version of which is**

---

[1] The insurance representative for Defendant Rajesh Sharma, M.D. ("Sharma"), may be present by telephone.  The Court reminds counsel for Defendant Sharma that they must provide the telephone for the insurance representative's appearance.  Usage of such device must conform with the requirements of D.C.COLO.LCivR 83.1, as amended on December 1, 2011.

**attached.**

Parties shall submit their Confidential Settlement Statement on or before **January 20, 2012**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

Dated: December 15, 2011